```
                            IN THE
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

                            * * *

UNITED STATES OF AMERICA     )
                             )
          Plaintiff;         )
                             )
          v.                 ) MAG NO 06-0192 (AK)
                             )
                             )
TAJSHA WASI,                 )
                             )
          Defendant.         )
```
___

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER

                      /S/
                By:_____
                DAVID W. BOS
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W., Suite 550
                Washington, D.C.  20004
                (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 10<u>th</u> day of May, 2006.

                      /s/
                By:_____
                DAVID W. BOS