UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0192M-01 (CR) |
| | : | GRAND JURY ORIGINAL |
| **TAJSHA WASI,** | : | |
| **SHANE WOODEN,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Heroin); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Ecstasy); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of a Premises to |
| | : | Manufactured, Distribute, Store and Use a |
| | : | Controlled Substance); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## **I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

On or about May 3, 2006, within the District of Columbia, **TASHA WASI and SHANE WOODEN**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT TWO

On or about May 3, 2006, within the District of Columbia, **TASHA WASI and SHANE WOODEN**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

> (**Unlawful Possession with Intent to Distribute Heroin and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about May 3, 2006, within the District of Columbia, **TASHA WASI and SHANE WOODEN**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

> (**Unlawful Possession with Intent to Distribute Cannabis and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about May 3, 2006, within the District of Columbia, **TASHA WASI and SHANE WOODEN**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Ecstasy, a Schedule I controlled substance.

> (**Unlawful Possession with Intent to Distribute Ecstasy and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about May 3, 2006, within the District of Columbia, **TAJSHA WASI and SHANE WOODEN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is Counts One thru Four of this Indictment which is incorporated herein, a firearm, that is, a .380 caliber pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

## COUNT SIX

On or about May 3, 2006, within the District of Columbia, **TAJSHA WASI**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Alexandria, Virginia, Criminal Case No. CF000127, did unlawfully and knowingly receive and possess a firearm, that is, .380 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that

is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SEVEN

On or about May 3, 2006, within the District of Columbia, **SHANE WOODEN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F0965-05, did unlawfully and knowingly receive and possess a firearm, that is, .380 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT EIGHT

On or about May 3, 2006, within the District of Columbia, **TAJSHA WASI**, as the owner, lessee, and agent of a building, room and enclosure, that is, 3631 6th Street, S.E., Apartment 3, Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing

and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, heroin, a Schedule I narcotic drug controlled substance, cannabis, also known as marijuana, a Schedule I controlled substance, and Ecstasy, a Schedule I controlled substance.

> (**Unlawful Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.