## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No.  06-152 (PLF)** |
| v. | : | |
| | : | |
| **TAJSHA WASI,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## GOVERNMENT'S OPPOSITION TO
## DEFENDANT'S BOND REVIEW MOTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits its opposition to defendant's motion for bond review.  In support of this pleading, the government states as follows:

## PROCEDURAL BACKGROUND

The defendant is currently charged by indictment with unlawful possession with intent to distribute 50 grams or more of cocaine base and aiding and abetting, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. § 2; unlawful possession with intent to distribute heroin and aiding and abetting, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)© and 18 U.S.C. § 2; unlawful possession with intent to distribute cannabis and aiding and abetting, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)© and 18 U.S.C. § 2; unlawful possession with intent to distribute ecstasy and aiding and abetting, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)© and 18 U.S.C. § 2; using, carrying and possessing a firearm during a drug trafficking offense and aiding and abetting, in violation of 18 U.S.C. 924 © (1) and (2) and 18 U.S.C. §2; unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year,  in violation of 18 U.S.C. § 922 (g) (1) and unlawful maintenance of premises to manufacture,

1

distribute, store and use a controlled substance, in violation of 21 U.S.C. 856(a)(2). She made her

initial appearance before Magistrate Judge Kay on May 4, 2006. At that time, the government moved

for her pretrial detention pursuant to 18 U.S.C. §3142 (f)(1)( c ). On May 8, 2006, the Court held a

detention hearing and held defendant without bond pending trial.

Counsel for the defendant has asked the Court to reconsider the issue of pretrial detention,

claiming that defendant is neither a flight risk nor a danger to the community.

## ARGUMENT

Defendant has failed to overcome the statutory presumption that she is a danger to the

community and/or a flight risk. 18 U.S.C. §3142(e). Defendant has been indicted on five separate

charges, including possession with intent to distribute 50 grams or more of cocaine base, for which

the penalty is a mandatory minimum of 10 years of imprisonment; possession with intent to distribute

heroin, ecstasy and heroin, for which she faces a penalty of up to 20 years imprisonment on each

count; and two firearms offenses, one of which carries a mandatory minimum term of five years of

imprisonment. The evidence against the defendant is substantial. On May 4, 2006 at 7:40 p.m.,

Metropolitan Police officers executed a search warrant at defendant's apartment, which is located at

3631 6th Street, Apartment 3, Southeast, Washington, D.C. Upon entering the apartment, officers

found defendant in a bedroom along with a one year old infant and a eight year old boy. In the living

room, the officers found a cigar containing marijuana and a ziplock bag containing marijuana on the

living room table and a plastic green egg containing 12 ziplocks of crack cocaine on the floor near

the living room table. In the hallway closet, the officers recovered a shoebox containing a digital

scale and a large ziplock bag with 322 grams of marijuana in it and two Kevlar vests. In the kitchen,

officers found, in part, a purple plastic egg with two ziplocks of crack cocaine, a digital scale, a hot

plate, empty small ziplock bags, Inositol, and $1,115 on the top of the kitchen cabinets .   In the kitchen cabinets, the officers recovered a .380 caliber Smith and Wesson pistol with a magazine containing .380 caliber ammunition, 14 ziplocks of crack cocaine; and a sandwich bag with 51 grams of crack cocaine.   Under a child's bed in one of the bedrooms, officers found a coffee can containing three colored plastic eggs.   Inside each egg, there was 15 ziplocks of crack cocaine.   In another bedroom, officers found 22 pills of ecstasy in three ziplock bags inside of a jewelry box.   In a bag in that same bedroom, there were eight additional pills of ecstasy.   In the bedroom safe, the officers discovered $5,000 and a digital scale.   Defendant informed the police that she leased the apartment. Defendant also directed the police to the key which opened the bedroom safe.   She stated that there were drugs in the apartment and said if any weapons were found they did not belong to her.

Defendant now comes before the Court seeking a change in her bond status on the grounds that she poses no risk of flight and is no danger to the community.   In making her new motion, defendant claims that she is a lifelong resident of D.C.,  has a limited criminal record and  has family members with whom she could reside if she was released.   These arguments are unavailing.  First, at the time defendant was interviewed by Pretrial Services officer, she claimed that she had only lived in the D.C. area for three years and acknowledged that she was born in New Jersey.   Second, although defendant only has one prior conviction, she is currently facing charges which have significant penalties, including a mandatory minimum sentence of 15 years, if she is convicted of the possession with intent to distribute 50 grams or more of crack cocaine and possession of a firearm during a drug trafficking offense.   Third, defendant is unemployed, which indicates that she is not tied to this area because of a job.   Given the serious nature of the present charges, the statutory presumption, and defendant's criminal history, defendant should remain detained.

WHEREFORE, the government requests that the defendant's motion for bond review be denied and the defendant continue to be held without bond pending trial.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____/s/_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.  #4840
Washington, DC 20001
(202) 353-8213; Fax: 353-9414

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No.  06-152 (PLF)** |
| **v.** | : | |
| | : | |
| **TAJSHA WASI,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**<u>ORDER</u>**

Defendant's Motion for bond review is hereby DENIED.

IT IS SO ORDERED.


Date:_____          _____

                                 United States District Judge


cc:

Denise M. Clark
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Antoini M. Jones, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737