UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-152 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **TAJSHA WASI** | : | |

**ORDER**

Upon consideration of the Government's Motion to Impeach Defendant with her Prior Conviction, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Denise M. Clark
Assistant U.S. Attorney
Federal Major Crime Section, Rm 4840
555 4th Street, N.W.
Washington, D.C. 20530

Antoini M. Jones, Esq.
6811 Kenilworth Avenue
Suite 210
Riverdale, MD 20737