UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Case Number 06-152(PLF) |
| TAJSHA WASI | : |
| Defendant. | : |

### MOTION FOR CONTINUANCE OF MOTIONS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court reschedule and continue the evidentiary hearing on the defendant's Motion to Suppress Statements and the government's opposition thereto. As grounds for its motion, the government states the following:

1. A hearing on this matter was scheduled for October 27, 2006 and continued by the Court until November 2, 2006.

2. Assigned counsel for the government, Assistant United States Attorney Donnell W. Turner, is ill and under a physician's care. Mr. Turner expects to be able to return to work within the next seven days.

3. Undersigned counsel, as Mr. Turner's supervisor, has contacted the office of the defendant's attorney, Anthony Jones Esquire. Defense counsel's representative advised that the defense does not oppose the government's motion.

4. The government respectfully suggests that Mr. Turner, defense counsel and the Court's staff confer by telephone and select a date on which the parties and the Court is available for the motions hearing. Mr. Turner can participate by telephone from his home while he is recuperating..

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted and that the hearing on the defendant's motion to suppress statements be rescheduled to a date on which counsel are available and which is convenient to the Court.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney
                                          D.C. Bar Number 498610

                                          DONNELL W. TURNER
                                          Assistant United States Attorney
                                          D.C. Bar Number
                                          email address

BY:

                                          /s/
                                          PATRICIA STEWART
                                          Assistant United States Attorney
                                          D.C. Bar Number 358910
                                          555 4th Street, N.W. Room 4272
                                          Washington, D.C. 20530
                                          (202)514-7064
                                          Patricia.Stewart@usdoj.gov