## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Criminal Case Number 06-152(PLF) |
| **TAJSHA WASI** | : |
| **Defendant.** | |

### ORDER

UPON CONSIDERATION of the government's unopposed Motion for Continuance of Motions Hearing, and the record herein, for the reasons set forth in the government's motion, and for good cause shown, it is this _____ date of November 2006,

ORDERED, that the government's motion is GRANTED, and it is

FURTHER ORDERED, that the hearing date of November 2, 2006 is hereby vacated and that the hearing shall rescheduled by a further order of the Court.

_____
PAUL L. FRIEDMAN
United States District Judge