UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 06-152(PLF) |
| | : | |
| v. | : | |
| | : | |
| **TAJSHA WASI** | : | |

### NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney PATRICIA STEWART, no longer represents the United States in this matter. Assistant United States Attorney DONNELL W. TURNER, Donnell.Turner2@usdoj.gov, previously entered his appearance in this case and will continue to represent the United States for all purposes in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

DONNELL W. TURNER
Assistant United States Attorney
Maryland Bar
555 4th Street, N.W. Room 4235
Washington, D.C. 20530
(202) 305-1419

                    /s/
BY:    PATRICIA STEWART
       Assistant United States Attorney
       D.C. Bar No. 358910
       5554th Street, N.W. Room 4247
       Washington, D.C. 20530
       (202) 514-7064
       Patricia.Stewart@usdoj.gov