UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-152-01 (PLF)** |
| | : | |
| v. | : | VIOLATION:  21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(B)(iii) |
| **TAJSHA WASI,** | : | (Unlawful Possession with Intent to Distribute |
|     **Defendant.** | : | 5 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 3, 2006, within the District of Columbia, **TAJSHA WASI**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498-610

BY: _____
DONNELL TURNER
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4235
Washington, D.C. 20530
(202) 305-1419