# United States District Court
## for the District of Columbia

**FILED**
JAN - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

TAJSHA WASI

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 06-152 (PLF)

I, TAJSHA WASI the above named defendant, who is accused of Unlawful Possession with Intent to Distribute 5 grams or more of Cocaine Base & Aiding & Abetting being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Paul L. Friedman
United States District Court