UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAJSHA WASI )<br>)<br>Defendant. )<br>) | Crim No. 06-152 (PLF) |

**MOTION TO CONTINUE SENTENCING**

Defendant, Tajsha Wasi, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case. As grounds for this motion, counsel states:

1. The Defendant's sentencing is presently set for July 19, 2007.

2. As the Court will recall, Ms. Wasi was initially represented in this matter by attorney Antoini Jones. With Mr. Jones as her lawyer, on January 3, 2007, Ms. Wasi pled guilty to the lead charge in the Indictment, a count carrying a ten year mandatory-minimum sentence. The Court continued the case for sentencing until March 13, 2007, and directed parties to file their sentencing memorandum in early March, 2007.

3. The Government filed its sentencing memorandum on March 2, 2007. Notwithstanding the seriousness of the charges to which Ms. Wasi pled guilty, attorney Jones did not file a sentencing memorandum on Ms. Wasi' behalf. Nor did attorney Jones file a response to the Government's sentencing memorandum.

4. On March 13, 2007, the day of Ms. Wasi' sentencing, the Court granted attorney Antoini Jones' oral motion to withdraw as counsel for Ms. Wasi, and appointed undersigned counsel to represent Ms. Wasi in this matter.

5. After extensive discussions with Ms. Wasi and a review of the court file, undersigned counsel has uncovered potential irregularities in the representation attorney Jones provided Ms. Wasi in this case. It is possible that these irregularities may have affected the validity of the guilty plea in this case, and may warrant undersigned counsel to advise Ms. Wasi to seek the withdrawal of her guilty plea in this case.[1] Undersigned counsel, however, has not yet completed his investigation of the suspected irregularities, and therefore requests that the sentencing in this case be continued.

6. The Government, per Assistant United States Attorney Donnell Turner, opposes this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 118

---

[1] Counsel has shared some, but not all, of his concerns with the Government. Should the Court want additional representations concerning the suspected irregularities, counsel seeks leave to provide the information to the Court in an ex parte proceeding.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Donnell Turner, this 17th day of July, 2007.

                                            /s/
                                    David W. Bos