UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 06-152 (PLF) |
| ) | |
| TAJSHA WASI ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Tajsha Wasi, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing hearing in this case for 45 days. As grounds for this motion, counsel states:

1. The Defendant's sentencing hearing is presently set for September 24, 2007, at 9:00 a.m.

2. As the Court will recall, earlier this year, the Court granted attorney Antoini Jones' motion to withdraw as counsel for Ms. Wasi, and appointed undersigned counsel to represent Ms. Wasi in this matter. Since his appointment in this matter, counsel has been involved in on-going discussions with the Government concerning the sentencing in this case. Because those discussions may have an impact the positions the parties take at the time of sentencing, counsel requests additional time to complete his discussions with the Government concerning the sentencing in this case.

3. The Government, per Assistant United States Attorney Jeffery Perlman, does not

oppose this request.

    WHEREFORE, defendant respectfully requests that this motion be granted.

                                Respectfully submitted,

                                A.J. Kramer
                                Federal Public Defender


                            _____/s/_____
                                David W. Bos
                                Assistant Federal Public Defender
                                625 Indiana Ave., N.W., Suite 550
                                Washington, D.C.  20004
                                (202) 208-7500, ext. 118