UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 06-152 (PLF) |
| ) | |
| TAJSHA WASI ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE SENTENCING**

    Defendant, Tajsha Wasi, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing hearing in this case for an additional 45 days. As grounds for this motion, counsel states:

    1. The Defendant's sentencing hearing is presently set for November 8, 2007.

    2. As the Court may recall, the parties have been involved in on-going discussions concerning the sentencing in this case. The parties believe those discussions will have an impact the positions they intend to take at the time of sentencing in this case, potentially to the Defendant's benefit. Counsel for Ms. Wasi, therefore, requests additional time to complete his discussions with the Government regarding the sentencing in this case.

    3. The Government, per Assistant United States Attorney Jeffery Perlman, joins in this request.

    WHEREFORE, defendant respectfully requests that this motion be granted.

                                                   Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118