UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 06-152 (PLF) |
| TAJSHA WASI ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing it is this _____ day of November, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; it is

**FURTHER ORDERED**, that the sentencing scheduled for November 8, 2007, is hereby continued to _____, 2007, at _____.m.

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue., N.W., Suite 550
Washington, D.C. 20004

Jerffery Pearlman
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20009