# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| **v.**    ) | **Crim No. 06-152 (PLF)** |
| ) | |
| **TAJSHA WASI**    ) | |
| ) | |
| **Defendant.**    ) | |

## JOINT MOTION TO CONTINUE SENTENCING

Defendant, Tajsha Wasi, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing hearing in this case for an additional 45 days. As grounds for this motion, counsel states:

1. The Defendant's sentencing hearing is presently set for January 4, 2008.

2. As the Court may recall, the parties have been involved in on-going discussions concerning the sentencing in this case. Counsel for Ms. Wasi hopes to have the discussions concluded in the next 45 days, and therefore requests additional time to complete his discussions with the Government regarding the sentencing in this case.

3. The Government, per Assistant United States Attorney Jeffery Perlman, joins in this request.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118