UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 06-152 (PLF) |
| ) | |
| TAJSHA WASI ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE SENTENCING**

    Defendant, Tajsha Wasi, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing hearing in this case for an additional 30 days. As grounds for this motion, counsel states:

    1. The Defendant's sentencing hearing is presently set for February 22, 2008.

    2. As the Court will recall, the parties have been involved in on-going discussions concerning the sentencing in this case. The parties have concluded their discussions and believe the case will be ready to proceed to sentencing in the next 30 days. The parties therefore request that the sentencing in this case be continued until the week of March 17, 2008, or any date thereafter that is convenient with the Court.

    3. The Government, per Assistant United States Attorney Jeffery Perlman, joins in this request.

    WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender


_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118