## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Crim No. 06-152 (PLF)** |
| | ) | |
| **TAJSHA WASI** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### ORDER

Upon consideration of defendant's motion to continue the presently scheduled sentencing

it is this _____day of February, 2008,

**ORDERED** that the Defendant's motion is **GRANTED**; it is

**FURTHER ORDERED**, that the sentencing scheduled for February 22, 2008, is hereby

continued to _____, 2008, at _____.m.

_____    PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue., N.W., Suite 550
Washington, D.C. 20004

Jerffery Pearlman
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20009