UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 06-0152-01 (PLF) |
| TAJSHA WASI, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On March 24, 2008, counsel for the defendant filed a 43-page sentencing memorandum urging the Court to consider the disparity between crack cocaine and powder cocaine sentencing under the Federal Sentencing Guidelines and encouraging the Court to impose no more than the 60-month mandatory minimum sentencing. In his entire 43 pages, however, counsel for the defendant fails to mention (1) the amendments to the Federal Sentencing Guidelines addressing this very matter effective November 2, 2007; (2) the decision of the United States Court of Appeals for the District of Columbia Circuit in United States v. Pickett, 475 F.3d 1347 (D.C. Cir. 2007) – a case that was briefed and argued by the Federal Public Defender; or (3) the recent decision of the United States Supreme Court in Kimbrough v. United States, 128 S.Ct. 558 (2007). In addition, defense counsel's sentencing memorandum fails to address the issue of whether the defendant is a minor participant in the offense under Section 3B1.2 of the Sentencing Guidelines, as suggested by the Presentence Investigation Report and disputed by the government. As this matter is disputed, the burden, of course, is on the defendant.

Counsel shall either file a supplemental memorandum prior to sentencing or be prepared to address each of these issues at the sentencing hearing scheduled for tomorrow.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   March 26, 2008