HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-152</u> |
|---|---|---|
| | : | |
| vs. | : | SSN: |
| | : | |
| WASI, Tajsha | : | Disclosure Date: <u>February 8, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____     _____
**Prosecuting Attorney**            <u>For the Defendant</u>                 Date

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    (x)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Tajsha Wasi_    3/5/07            _____
Defendant               Date                 Defense Counsel             Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>February 21, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer

- paragraph - 16 - Defendant denies knowledge that the gun was there. Co-Defendant's fingerprints were recovered either from the gun or magazine. two points should not be added.

paragraph - 34 - Defendant's son is 18 months old now

paragraph - 39   Defendant had a blood transfusion

NEW Guideline level should be 27

Signed by: _[signature]_
(~~Defendant/Defe~~nse Attorney/~~AUSA~~)

Date: 3/5/08

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA
PROBATION OFFICE

GENNINE A. HAGAR
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

March 6, 2007

**To:**       Paul L. Friedman
              United States District Judge

**Through:**  Brian Shaffer, Supervising
              United States Probation Officer
              (202) 565-1338

**From:**     Kelli Griffin Cave
              United States Probation Officer
              (202) 565-1357



**Re:**       **WASI, Tajsha**
              **Docket No.: CR-06-152-01**
              **Response to Defense Objections**

The above-referenced matter is scheduled for sentencing on Your Honor's docket on March 13, 2007. Following the filing of the final pre-sentence report, our office has received objections from Defense Counsel Antoini Jones (attached). The following substantive objection was noted:

**Objection:** PSR ¶16: The defendant denied knowledge that a firearm was present in her apartment, noting the co-defendant's fingerprints were recovered from the weapon.

**Response:** The objection is noted for the record. The firearm was recovered from a kitchen cabinet accessible to the defendant in an apartment in which she was the sole leaseholder. Pursuant to USSG §2D1.1 comment. (n.3), this enhancement reflects the increased danger of violence when drug traffickers possess weapons, and should be applied if the weapon was present, unless it is clearly improbable that the weapon was connected with the offense. The final report will remain unchanged.

Copies of this correspondence will be provided to opposing counsel.

cc: Donnell Turner, AUSA
    Antoini Jones, Defense Counsel

**Receipt and Acknowledgment**                                              Page 2

- paragraph - 16 - Defendant denies knowledge that the gun was there. Co-Defendant's fingerprints were recovered either from the gun or magazine. Two points should not be added.

paragraph - 34 - Defendant's son is 18 months old now

paragraph - 39 - Defendant had a blood transfusion

New Guideline level should be 27

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 3/5/08