UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-152 (PLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **TASI WASI,** | : | |
| **SHANE WOODEN** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Bridgette Crafton, at telephone number (202) 353-2385 and/or email address Bridgette.Crafton@usdoj.gov . Bridgette Crafton will substitute for Assistant United States Attorney Jeffrey Pearlman as counsel for the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        Bar No. 498610


        BRIDGETTE CRAFTON
        Assistant United States Attorney
        Federal Major Crimes, Bar No. NJ 018051996
        555 4th Street, NW, Room 4231
        Washington, DC 20530
        (202) 353-2385